### IN THE MATTER OF ALL APPLICATIONS BY THE CITY OF JERSEY CITY FOR THE INCREASE OF TAX ASSESSMENTS FOR THE YEAR 1943, ON REAL PROPERTY SITUATE IN THE CITY OF JERSEY CITY, COUNTY OF HUDSON AND STATE OF NEW JERSEY.

Jersey City has filed with this Board in excess of 34,000 petitions of appeal praying individual increases in assessments of the real property involved in each of such appeals.

The law and facts applicable to each of those appeals is identical in *Jersey City* v. *Bettcher,* 22 *N. J. Mis. R.* 16; *Atl. Rep.* (2d)    , wherein we dismissed Jersey City's appeals.

For the reasons expressed in the Bettcher case, we are of the opinion that each and every petition of appeal filed with this board by the City of Jersey City for the increase of 1943 assessments should be dismissed.